UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL BRHEATH SCWARZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF FAIRFAX, et al., <br><br> Defendants. | Case No. 25-cv-06395-RS <br><br> **REVISED TEMPORARY RESTRAINING ORDER** |

By order dated July 31, 2025, Defendants in this matter were restrained from implementing the Notice to Vacate they posted at the relevant encampment. Following a hearing held August 6, 2025, the order is hereby revised so that it applies only to those present at the camp as of July 31 who are not otherwise subject to any prior judicial determination. *See, e.g.*, *Koontz v. Town of Fairfax*, No. 25-cv-01311-RFL, 2025 WL 1766046, at *1 (N.D. Cal. Apr. 1, 2025). This revised order will extend 14 days from today's date or until the court decides Plaintiffs' bid for a preliminary injunction, whichever comes sooner, in accord with the parties' representations at the August 6 hearing.

In the meantime, this matter is referred to Magistrate Judge Robert Illman for mediation and settlement discussions. The parties are encouraged to make every effort to resolve this dispute in a timely and productive manner.

Briefing on the preliminary injunction motion will proceed as follows. Plaintiffs must file their opening brief by Monday, August 11; Defendants must file their responsive brief by Friday, August 15; and Plaintiffs must file their reply brief, if any, by Monday, August 18. The hearing

on the motion will take place Tuesday, August 19, at 3 pm, by videoconference.

**IT IS SO ORDERED**.

Dated: August 6, 2025

_____
RICHARD SEEBORG
Chief United States District Judge